1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   CHERYL A. SABNIS (State Bar No. 224323)
2  KENDRA L. PAVKOVIC (State Bar No. 256729)
   KING & SPALDING LLP
3  101 Second Street, Suite 2300
   San Francisco, CA 94105
4  Telephone: (415) 318-1200
   Facsimile: (415) 318-1300
5
   Attorneys for Defendant
6  GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE
   BEECHAM CORPORATION d/b/a/
7  GLAXOSMITHKLINE)

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 CARLTON LEE ALLABACH; FLORA              Case No. CV 10-5724 EMC
   ALLABACH; ERNESTINE LA VERNE
12 BRADBY; VICKY BRAGALONE, individually    **STIPULATION EXTENDING
   and as Spouse and Next of Kin to KENNETH J. DEFENDANT'S TIME IN WHICH TO
13 BRAGALONE, deceased; DONNA K. BREWER;    RESPOND TO PLAINTIFF'S
   ROBERT JOHN BROGHAMMER; DOROTHY          COMPLAINT** ; ORDER
14 BROGHAMMER; ALVIN BROWN; ALICE
   BROWN; DAVID LINDEN BROWN; LORAINE
15 BROWN; JAMES E. BROWN, SR.; MARGARET
   BROWN; JOHN B. BROWN; LAMAR BROWN;
16 RUSS BUCHANAN; JOE EDWARD CAIN;
   THERESA LOUISE CAIN; CHARLES WESLEY
17 CALDWELL; JOHNNIE L. CHINA; GLORIA
   CHINA; KENNY WAYNE COLEMAN; KEN L.
18 DAVIS; NANCY DAVIS; MARY ANN DERBY;
   GERALD DERBY; DENNIS SWAINE DIAMON;
19 CLINTON DIXON; GLENDA DIXON; MARC
   CUNN, as Representative and Next of Kin to
20 ROBERT HOWARD DUNN, deceased; JAMES W.
   EDNESS; JEROME D. ELI; SANDRA ELI;
21 DONALD EVERETT ENDICOT; SHIRLEY
   ENDICOTT; STELLA MAE ERVING; FRANK
22 FALVO; MARY FALVO; JERALD C. FERGUS;
   MICHAEL DEAN FJELSTAD; and MARSHA
23 FJELSTAD,
              Plaintiffs,
24      v.

25 SMITHKLINE BEECHAM CORPORATION, a
   Pennsylvania corporation d/b/a
26 GLAXOSMITHKLINE; MCKESSON
   CORPORATION, a Delaware corporation; DOES
27 ONE through FIFTEEN, inclusive,

28              Defendants.

STIPULATION EXTENDING DEFENDANT'S TIME
IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT                              CV 10-5724 EMC

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,
2  through their undersigned counsel, that the time within which defendant GLAXOSMITHKLINE
3  LLC (formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a
4  GLAXOSMITHKLINE) ("GSK") may move, answer, or otherwise respond to Plaintiff's Complaint
5  is hereby extended thirty (30) days, pending the determination of the transfer of this matter to the
6  multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*,
7  MDL 1871 (E.D. Pa.).[1]  Thereafter, this matter will be governed by the rules established in the
8  MDL.

10  DATED: December 23, 2010          KING & SPALDING LLP

11                                    By: __/s/   Kendra Pavkovic_____
                                          Donald F. Zimmer, Jr.
12                                        Cheryl A. Sabnis
                                          Kendra L. Pavkovic
13
14                                    Attorneys for Defendant
                                      GLAXOSMITHKLINE LLC (formerly
15                                    known as SMITHKLINE BEECHAM
                                      CORPORATION d/b/a/
                                      GLAXOSMITHKLINE)
16
17  DATED: December 23, 2010          SCHNEIDER WALLACE COTTRELL
                                      BRAYTON KONECKY LLP
18
19                                    By: __/s/   Carolyn Cottrell_____
                                          Todd M. Schneider
                                          Carolyn Cottrell
20
21                                    ATTORNEYS FOR PLAINTIFFS

22  I attest that Carolyn Cottrell concurs in the filing of this stipulation.

23  IT IS SO ORDERED:

24                                        __/s/   Kendra Pavkovic_____
                                          KENDRA L. PAVKOVIC
25  _____
    Edward M. Chen
26  U.S. Magistrate

27
28  [1] The above-entitled action was tagged for transfer to MDL 1871.

                                          2

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION EXTENDING DEFENDANT'S TIME
IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT                    CV 10-5724 EMC